District Judge John C. Coughneour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE P. McDERMOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN P. POTTER, Postmaster General, United States Postal Service,<br><br>    Defendant. | Case No. 08-1846 JCC<br><br>GOVERNMENT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>**Noted for consideration:<br>April 27, 2009.** |

COMES NOW Defendant John P. Potter ("Government"), by and through his counsel of record and hereby respectfully submits his Response to Plaintiff's Motion for Summary Judgment.[1] Defendant has moved to dismiss Plaintiff's Complaint based on insufficient service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure. *See* Motion to Dismiss, Dkt. No. 11. Defendant asserts that because Plaintiff has not served the Government in the manner and form required by law, the Defendant is not yet a party to this case and is therefore not obligated to respond to the merits of Plaintiff's summary judgment motion. *Id*. Should the Defendant become a party to this action, it is respectfully requested that he be given an opportunity to substantively respond to Plaintiff's summary judgment motion.

---

[1] Because Plaintiff has moved the Court for summary judgment and an order of default, Defendant has filed this response, its opposition default and motion to dismiss to preserve its defenses. By filing these pleadings, Defendant neither concedes nor waives any jurisdictional defenses or claims of dismissal based on any other defenses applicable by law.

GOVERNMENT'S RESPONSE TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 1
[CASE NO. 08-1846 JCC]

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3       DATED this 23rd day of March, 2009.
4
5                           Respectfully submitted,
6                           JEFFREY C. SULLIVAN
                            United States Attorney
7
                             /s/   Priscilla T. Chan
8                           PRISCILLA T. CHAN, WSBA No. 28533
                            Assistant United States Attorney
9                           Western District of Washington
                            United States Attorney's Office
10                          700 Stewart Street, Suite 5220
                            Seattle, Washington 98101-1271
11                          Phone: 206-553-7970
                            Fax: 206-553-4073
12                          Email: priscilla.chan@usdoj.gov

13                          Attorneys for Defendant Potter.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOVERNMENT'S RESPONSE TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 2
[CASE NO. 08-1846 JCC]

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

- 0 -

I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via USPS mail, postage pre-paid.

Lance McDermott, pro se
1819 South 104th Street
Seattle, Washington 98168

DATED this 23rd day of March, 2009.

    /s/   Priscilla T. Chan
PRISCILLA T. CHAN
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4073
Email: priscilla.chan@usdoj.gov